**(Official Form 1) (10/05)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Heartland Develoment Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**36-3913235** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**53 W. Jackson Blvd.**<br>**Suite 1150**<br>**Chicago, IL 60604**   ZIPCODE **60604-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ||

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors)
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
- State type of entity: _____

**Nature of Business** (Check **all** applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- [ ] Chapter 13

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**(Official Form 1) (10/05)**     **FORM B1,** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Heartland Develoment Corporation** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attached List** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
   Signature of Attorney for Debtor(s)   Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Heartland Develoment Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney** X **/s/ Steven B. Towbin** Signature of Attorney for Debtor(s) **Steven B. Towbin (#2848546)** Printed Name of Attorney for Debtor(s) **Shaw Gussis Fishman Glantz Wolfson & Towbin LLC** Firm Name **321 N. Clark Street Suite 800 Chicago, IL 60610** Address **312-541-0151 Fax:312-980-3888** Telephone Number _____ Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ Lawrence Adelson** Signature of Authorized Individual **Lawrence Adelson** Printed Name of Authorized Individual **President, CMC/Heartland Partners Holdings, Inc., a Delaware Corporation, general and managing partner of Heartland Partners, L.P., sole shareholder and director of Heartland Development Corporation** Title of Authorized Individual _____ Date | |

# **LIST OF RELATED CASES**

On April 28, 2006 each of the related debtors listed below filed for relief under chapter 11 of title 11 of the United States Code. Each case is pending in the Northern District of Illinois, Eastern Division.

| DEBTOR |
| --- |
| CMC Heartland Partners, a Delaware general partnership |
| CMC/Heartland Partners Holdings, Inc., a Delaware corporation |
| Heartland Partners, L.P., a Delaware limited partnership |
| HTI Interests, LLC, a Delaware limited liability company |
| Heartland Development Corporation, a Delaware Corporation |

{5419 LST A0126517.DOC}

# United States Bankruptcy Court
### Northern District of Illinois

In re **Heartland Develoment Corporation**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of CMC/Heartland Partners Holdings, Inc., a Delaware Corporation, general and managing partner of Heartland Partners, L.P., sole shareholder and director of Heartland Development Corporation, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 28, 2006

**/s/ Lawrence Adelson**
**Lawrence Adelson**/
**President, CMC/Heartland Partners Holdings, Inc., a Delaware Corporation, general and managing partner of Heartland Partners, L.P., sole shareholder and director of Heartland Development Corporation**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CMC HEARTLAND PARTNERS | ) Case No. 06- |
| CMC/HEARTLAND PARTNERS HOLDINGS, INC. | ) Case No. 06- |
| HTI INTERESTS LLC | ) Case No. 06- |
| HEARTLAND PARTNERS, L.P. | ) Case No. 06- |
| HEARTLAND DEVELOPMENT CORPORATION | ) Case No. 06- |
| | ) |
| Debtors | ) Hon. |
| | ) |

CONSOLIDATED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS

CMC Heartland Partners, a Delaware general partnership, CMC/Heartland Partners Holdings, Inc., a Delaware corporation, Heartland Partners, L.P., a Delaware limited partnership, HTI Interests, LLC, a Delaware limited liability company, and Heartland Development Corporation, a Delaware Corporation (together the "Debtors"), each filed a petition in this Court on April 28, 2006 for relief under chapter 11 of title 11 of the United States Code. The following is a consolidated list of the Debtors' creditors holding the twenty (20) largest unsecured claims (the "Creditors List") based on the information available to the Debtors at this time. The Creditors List was prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d). The Creditors List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency qualifies the creditor among the holders of the twenty (20) largest unsecured claims. The information in the Creditors List shall not constitute an admission by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or unknown, does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any claim.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| Montana Dept of Environmental Quality<br>Attn: Laura D. Vachowski<br>1100 N. Last Chance Gulch<br>Helena, Mt 59620 | Montana Dept of Environmental Quality<br>Attn: Laura D. Vachowski<br>1100 N. Last Chance Gulch<br>Helena, Mt 59620<br>Phone: 406-841-5019<br>Fax: 406-841-5050 | Environmental Litigation | Contingent Unliquidated Disputed | $10,000,000.00 |
| Edwin Jacobson<br>Diamond S Ranch<br>434 John Pettus Road<br>Goliad TX 77963 | Edwin Jacobson<br>Diamond S Ranch<br>434 John Pettus Road<br>Goliad, TX 77963<br>Phone: 361-269-7381<br>Fax: 361-269-3782 | Contract Litigation | Contingent Unliquidated Disputed | $12,000,000.00 |
| Trinity Railcar Repair, Inc.<br>c/o Catherin A. Laughner<br>139 North Last Chance Gulch<br>Helena, MT 59601 | Trinity Railcar Repair, Inc.<br>c/o Catherin A. Laughner<br>139 North Last Chance Gulch<br>Helena, MT 59601<br>Phone: 406-443-6820<br>Fax: 406-443-6883 | Environmental Litigation | Contingent Unliquidated Disputed | $10,000,000.00 |
| US Borax<br>Mike Stockman, General Counsel<br>26877 Tourney Road<br>Valencia, CA 91355 | US Borax<br>Mike Stockman, General Counsel<br>26877 Tourney Road<br>Valencia, CA 91355<br>Phone: 805-287-5413<br>Fax: 805-287-5566 | Environmental Litigation | Contingent Unliquidated Disputed | $6,000,000.00 |
| General Motors Corporation<br>WFG- ES<br>Attn: Ed Peterson<br>2000 Centerpoint Parkway<br>Pontiac, MI 48341-3147 | General Motors Corporation<br>WFG- ES<br>Attn: Ed Peterson<br>2000 Centerpoint Parkway<br>Pontiac, MI 48341-3147<br>Phone: 248-753-5849<br>Fax: 248-753-5829 | Environmental Litigation | Contingent Unliquidated Disputed | $328,000.00 |
| METRA<br>Attn: Elizabeth Flood<br>547 W. Jackson, 15th Floor<br>Chicago, IL 60607 | METRA<br>Attn: Elizabeth Flood<br>547 W. Jackson, 15th Floor<br>Chicago, IL 60607<br>Phone: 312-322-6696<br>Fax: 312-322-6698 | Contract Dispute | Contingent Unliquidated Disputed | $38,818.29 |
| Washington County Treasurer<br>Jane Gettleman<br>432 E. Washington Street<br>West Bend, WI 53095 | Washington County Treasurer<br>Jane Gettleman<br>432 E. Washington Street<br>West Bend, WI 53095<br>Phone: 262-335-4324<br>Fax: 262-335-4326 | Property Taxes | | $20,524.44 |

{5419 LST A0125999.DOC 2}

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3) NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED DISPUTED OR SUBJECT TO SETOFF | (5) AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| City of Bozeman<br>Tim Cooper, City Attorney<br>411 E. Main Street<br>Bozeman MT 59771-0000 | City of Bozeman<br>Tim Cooper, City Attorney<br>411 E. Main Street<br>Bozeman MT 59771-0000<br>Phone: 406-582-2313<br>Fax: | Environmental Admisitrative Proceeding | Contingent<br>Unliquidated<br>Disputed | $1,040,000.00 |
| Empire Building Materials, Inc.<br>PO Box 220<br>Bozeman MT 59771-0220 | Empire Building Materials, Inc.<br>PO Box 220<br>Bozeman MT 59771-0220<br>Phone: 406-587-3191<br>Fax: 406-587-3144 | Environmental Admisitrative Proceeding | Contingent<br>Unliquidated<br>Disputed | $30,000.00 |
| Harrington's Inc.<br>3125 W. Babcock Street<br>Bozeman MT 59718-2651 | Harrington's Inc.<br>3125 W. Babcock Street<br>Bozeman MT 59718-2651<br>Phone:<br>Fax: | Environmental Admisitrative Proceeding | Contingent<br>Unliquidated<br>Disputed | $30,000.00 |
| Simgraf Corporation<br>PO Box 938<br>Bozeman MT 59771-0938 | Simgraf Corporation<br>PO Box 938<br>Bozeman MT 59771-0938<br>Phone:<br>Fax: | Environmental Admisitrative Proceeding | Contingent<br>Unliquidated<br>Disputed | $30,000.00 |
| Story Distributing Co.<br>PO Box 1201<br>Bozeman MT 59771-1201 | Story Distributing Co.<br>PO Box 1201<br>Bozeman MT 59771-1201<br>Phone: 406-587-0702<br>Fax: 406-587-7438 | Environmental Admisitrative Proceeding | Contingent<br>Unliquidated<br>Disputed | $30,000.00 |
| Monroe County Treasurer<br>202 S. K. Street, Room 3<br>Sparta, WI 54656 | Monroe County Treasurer<br>202 S. K. Street, Room 3<br>Sparta, WI 54656<br>Phone: 608-269-8710<br>Fax: 608-269-8958 | Property Taxes | | $8,228.38 |
| SBC<br>Law Department<br>225 W. Randolph, Suite 27A<br>Chicago, IL 60607 | SBC<br>Law Department<br>225 W. Randolph, Suite 27A<br>Chicago, IL 60607<br>Phone: 1-800-244-4444<br>Fax: | Utility | Contingent<br>Unliquidated<br>Disputed | $7,702.12 |
| Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808<br>Phone: 800-927-9800<br>Fax: 302-636-5454 | Trade Debt | | $3,881.00 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER (AND FAX NUMBER) AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | (3)<br>NATURE OF CLAIM (Trade Debt, Bank Loan, Government Contract, Etc.) | (4)<br>INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED DISPUTED OR SUBJECT TO SETOFF | (5)<br>AMOUNT OF CLAIM [If secured also state value of security] |
|---|---|---|---|---|
| Mower County Treasurer<br>Attn: Doug Grah<br>201 N. 1st Street<br>Austin, MN 55912-3475 | Mower County Treasurer<br>Attn: Doug Grah<br>201 N. 1st Street<br>Austin, MN 55912-3475<br>Phone: 507-437-9440<br>Fax: 507-437-9471 | Property Taxes | | $3,404.80 |
| People of Illinois<br>Office of the Attorney General<br>100 W. Randolph<br>Chicago, IL 60601 | People of Illinois<br>Office of the Attorney General<br>100 W. Randolph<br>Chicago, IL 60601 | Judgment | Contingent<br>Unliquidated<br>Disputed | $3,018.75 |
| US EPA, Region 5<br>Attn: Tom Krueger<br>77 W. Jackson Blvd.<br>Chicago IL 60604-0000 | US EPA, Region 5<br>Attn: Tom Krueger<br>77 W. Jackson Blvd.<br>Chicago IL 60604-0000<br>Phone: 312-886-0562<br>Fax: 312-886-0747 | Environmental Claim | Contingent<br>Unliquidated<br>Disputed | $6,000,000.00 |
| Canadian Pacific Railway<br>William Tuttle, General Counsel<br>501 Marquette Avenue South<br>Minneapolis MN 55402-0000 | Canadian Pacific Railway<br>William Tuttle, General Counsel<br>501 Marquette Avenue South<br>Minneapolis MN 55402-0000<br>Phone: 800-716-9132<br>Fax: | Contract Claim | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Hennepin County/Marilyn Maloney<br>A2000 Hennepin County Govt Center<br>300 S. Sixth Street<br>Minneapolis MN 55457-0000 | Hennepin County/Marilyn Maloney<br>A2000 Hennepin County Govt Center<br>300 S. Sixth Street<br>Minneapolis MN 55457-0000<br>Phone: 612-348-5550<br>Fax: 612-348-9712 | Environmental Claim | Contingent<br>Unliquidated<br>Disputed | Unknown |

I Lawrence Adelson, on behalf of each of the Debtors, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of the date listed, to the best of my information and belief.

Dated: April 28, 2006         Signature: *Lawrence Adelson*
                              Lawrence Adelson, Authorized Representative